**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HOWARD, ALAN J<br>HOWARD, LAUREL J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-04307 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 02/26/08. The Trustee was appointed on 02/26/08. An order for relief under Chapter 7 was entered on 02/26/08.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 11/25/08 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 12,816.08 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. NET CASH available for distribution | $ | 12,816.08 |
| d. TRUSTEE/PROFESSIONAL COSTS<br>   1. Trustee compensation requested (See Exhibit E) | $ | 2,031.61 |

     2. Trustee Expenses (See Exhibit E)      $      0.00
     3. Compensation requested by attorney or other
         professionals for trustee (See Exhibit F)      $      3,847.00
          $ _____

5. The Bar Date for filing unsecured claims expired on 07/28/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $      0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $      5,878.61

    c. Allowed Chapter 11 Administrative Claims      $      0.00

    d. Allowed priority claims      $      0.00

    e. Allowed unsecured claims      $      112,607.95

7. Trustee proposes that unsecured creditors receive a distribution of 6.16% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,847.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,878.61. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:   11/25/08                             RESPECTFULLY SUBMITTED,


                                              By: /s/David Grochocinski
                                                  DAVID GROCHOCINSKI, TRUSTEE
                                                  1900 RAVINIA PLACE
                                                  ORLAND PARK, IL  60462
                                                  Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Howard, Alan & Laurel


November 26, 2008


Professional Services

|  | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 4/5/2008 | - | DEG | Review of schedules prior to 341 meeting | 1.50<br>375.00/hr | 562.50 |
| 4/16/2008 | - | DEG | Prepared initial report of assets | 0.20<br>375.00/hr | 75.00 |
| 5/14/2008 | - | DEG | Receipt and review of list of disney collectibles from debtors | 1.50<br>375.00/hr | 562.50 |
| 5/16/2008 | - | DEG | Prepared letter to K. Neal regarding turnover of funds and disney collectibles | 0.20<br>375.00/hr | 75.00 |
| 5/20/2008 | - | DEG | Email from K .Neal regarding tax refund and exemption issues | 0.20<br>375.00/hr | 75.00 |
| 5/23/2008 | - | DEG | Email from K. Neal; total represents total refund less exemption claimed in funds; correct amount turnover over | 0.20<br>375.00/hr | 75.00 |
| 5/30/2008 | - | DEG | Receipt and deposit of $6,324.00 representing partial turnover of tax refund; open accounts and deposit same | 0.80<br>375.00/hr | 300.00 |
| 6/1/2008 | - | DEG | Review of claims | 0.20<br>375.00/hr | 75.00 |
| 6/2/2008 | - | DEG | Email to K. Neal regarding total amount to be turned over; appears to be short $1036.00 | 0.20<br>375.00/hr | 75.00 |

Howard, Alan & Laurel                                                                                             Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/5/2008 - | DEG | Email to K. Neal regarding turnover of collectibles; are collectibles in original boxes, etc. | 0.30<br>375.00/hr | 112.50 |
| - | DEG | Email from K. Neal regarding turnover of state refund and rebate check; he to forward;   Debtor's are not interested in trying to keep collectibles | 0.20<br>375.00/hr | 75.00 |
| 6/9/2008 - | DEG | Receipt and review of $2,236.00; tax refund turnover; deposit of same | 0.50<br>375.00/hr | 187.50 |
| 6/12/2008 - | DEG | Email from K. Neal; collectibles all have original boxes and certificates of authenticity | 0.20<br>375.00/hr | 75.00 |
| 6/20/2008 - | DEG | Prepared letter to K. Neal requesting itemized list of certificates and authenticity and boxes | 0.20<br>375.00/hr | 75.00 |
| 7/5/2008 - | DEG | Tc to Butterfields regarding appraisal of collectibles | 0.20<br>375.00/hr | 75.00 |
| 7/10/2008 - | DEG | Telephone conference with Collectors Gallery regarding possible sale/purchase of collection of disney material | 0.50<br>375.00/hr | 187.50 |
| - | DEG | Facsimile letter to collector gallery regarding review of collectibles and offer regarding same | 0.50<br>375.00/hr | 187.50 |
| 7/28/2008 - | DEG | Email to debtor's attorney regarding turnover of collectibles | 0.20<br>375.00/hr | 75.00 |
| 7/29/2008 - | DEG | Email to attorney for debtor regarding collectibles to be picked up | 0.30<br>375.00/hr | 112.50 |
| 7/30/2008 - | DEG | Review of claims | 0.50<br>375.00/hr | 187.50 |
| 8/14/2008 - | DEG | Telephone conference with Kerrie neal regarding date to pick up collectibles | 0.10<br>375.00/hr | 37.50 |
| 8/22/2008 - | DEG | Travel to West Chicago for turnover of Disney collectibles; turnover to Collectors Gallery and received payment for same | 6.50<br>375.00/hr | 2,437.50 |
| 10/7/2008 - | DEG | Prepare letter to Al Horewitch with order approving employment and necessary documents to prepare tax returns | 0.20<br>375.00/hr | 75.00 |
| 11/15/2008 - | DEG | Receipt and review of letter from accountant and invoice for services | 0.50<br>375.00/hr | 187.50 |
| 11/25/2008 - | DEG | Prepared final report | 2.50<br>375.00/hr | 937.50 |
|  | | For professional services rendered | 18.40 | $6,900.00 |

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS $ 12,816.08

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED $ 2,400.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY $ 87,000.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08B-04307 JS | Trustee: | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | HOWARD, ALAN J | Filed (f) or Converted (c): | 02/26/08 (f) |
| | HOWARD, LAUREL J. | §341(a) Meeting Date: | 04/15/08 |
| Period Ending: | 11/25/08 | Claims Bar Date: | 07/28/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 428 BELLEVIEW AVE, WEST CHICAGO | 199,500.00 | 0.00 | | 0.00 | FA |
| 2 | DISNEY TIME SHARE | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 3 | COLORADO TIME SHARE | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING | 603.00 | 0.00 | | 0.00 | FA |
| 6 | ATINQUE WOODEN WASH STAND | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | DISNEY ART COLLECTIBLES | 15,000.00 | 15,000.00 | | 4,250.00 | FA |
| 9 | ENGAGEMENT RING | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | DIAMOND PENDANT | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | PEARLS | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 403(b) | 35,000.00 | 0.00 | | 0.00 | FA |
| 14 | IRA | 14,000.00 | 0.00 | | 0.00 | FA |
| 15 | TAX REFUND | 5,000.00 | 1,123.00 | | 8,560.00 | FA |
| 16 | 2003 HONDA CRV | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.08 | Unknown |

Printed: 11/25/2008 02:06 PM    V.10.54

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08B-04307 JS  
**Case Name:** HOWARD, ALAN J  
HOWARD, LAUREL J.  
**Period Ending:** 11/25/08

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 02/26/08 (f)  
**§341(a) Meeting Date:** 04/15/08  
**Claims Bar Date:** 07/28/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  **Assets**  **Totals** (Excluding unknown values) | $275,023.00 | $16,123.00 | | $12,816.08 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 28, 2010    **Current Projected Date Of Final Report (TFR):** February 28, 2010

Printed: 11/25/2008 02:06 PM    V.10.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08B-04307 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HOWARD, ALAN J / HOWARD, LAUREL J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | 13-7603733 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/25/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/08 | {15} | ALAN & LAUREL HOWARD | PARTIAL TURNOVER OF TAX REFUNDS | 1124-000 | 6,324.00 | | 6,324.00 |
| 06/09/08 | {15} | LAUREL HWOARD | TURNOVER OF FEDERAL REBATE AND STATE REFUND | 1124-000 | 2,236.00 | | 8,560.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.85 | | 8,560.85 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 8,561.93 |
| 08/22/08 | {8} | COLLECTORS GALLERY LLC | SALE OF DISNEY COLLECTIBLES | 1129-000 | 4,250.00 | | 12,811.93 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 12,813.01 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.68 | | 12,814.69 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.39 | | 12,816.08 |
| | | | **ACCOUNT TOTALS** | | 12,816.08 | 0.00 | $12,816.08 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,816.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,816.08** | **$0.00** | |

{} Asset reference(s)

Printed: 11/25/2008 02:06 PM   V.10.54

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08B-04307 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HOWARD, ALAN J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | HOWARD, LAUREL J. | Account: | ***-*****12-66 - Checking Account |
| Taxpayer ID #: | 13-7603733 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/25/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
           Net Receipts :       12,816.08
                              ───────────
           Net Estate :        $12,816.08
```

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****12-65** | 12,816.08 | 0.00 | 12,816.08 |
| **Checking # ***-*****12-66** | 0.00 | 0.00 | 0.00 |
| | $12,816.08 | $0.00 | $12,816.08 |

{} Asset reference(s)                                                                                  Printed: 11/25/2008 02:06 PM   V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HOWARD, ALAN J<br>HOWARD, LAUREL J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-04307 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,878.61 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,937.47 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 12,816.08 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 5,878.61 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,031.61 | 2,031.61 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 72.00 | 72.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,775.00 | 2,775.00 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,000.00 | 1,000.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 112,607.95 | 6.16% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 001 | CAPITAL RECOVERY ONE | 560.52 | 34.53 |
| 002 | LVNV FUNDING LLC ITS SUCCESSORS & ASSIGNEE | 9,813.29 | 604.57 |
| 003 | LVNV FUNDING LLC ITS SUCESSORS & ASSIGNS AS ASSIGNEE | 13,755.49 | 847.44 |
| 004 | PYOD LLC ITS SUCCESSORS & ASSIGNS AS ASSIGNEE OF | 9,335.20 | 575.12 |
| 005 | LVNV FUNDING LLC ITS SUCCESSORS & ASSIGNS OF | 21,481.85 | 1,323.44 |
| 006 | DJ ORTHOPEDICS LLC | 192.01 | 11.83 |
| 007 | CHASE BANK USA | 11,798.86 | 726.89 |
| 008 | AMERICAN EXPRESS BANK FSB | 2,748.85 | 169.35 |
| 009 | AMERICAN EXPRESS CENTURION BANK | 3,972.85 | 244.76 |
| 010 | AMERICAN EXPRESS CENTURION BANK | 19,605.03 | 1,207.81 |
| 011 | FIA CARD SERVICES NA | 7,701.05 | 474.44 |
| 012 | FIA CARD SERVICES NA BANK OF AMERICA | 11,642.95 | 717.29 |
| | | TOTAL | $ 6,937.47 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____   _____
                                          DAVID GROCHOCINSKI, TRUSTEE

**PROFESSIONAL FEES AND EXPENSES**

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 72.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,775.00 | |
| | | | 2,847.00 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,000.00 | |
| | | | 1,000.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,847.00 | $ 3,847.00 |

1